IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

         v.                  No. 17-5021

CHRISTOPHER CHARLES SCOTT                                     DEFENDANT

**O R D E R**

At the initial appearance conducted on a criminal complaint, the defendant agreed to waive the issues of probable cause and detention pending the final disposition of the case; accordingly, the court considers the matters waived. The defendant is detained, subject to reconsideration on motion of the defendant.

SO ORDERED this 9th day of August, 2017.

/s/ Erin L. Wiedemann
HONORABLE ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE